956

No. 04–8902. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–8905. RUPLEY ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–8908. ALEXANDER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–8911. ARMOUR v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–8917. OUTLER v. ANDERSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–8939. MOES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–686. GOMEZ v. AMOCO OIL CO. C. A. 11th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–856. CITY OF EVANSTON, ILLINOIS v. FRANKLIN. C. A. 7th Cir. Motion of International Municipal Lawyers Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 04–979. TROY PUBLISHING CO., INC., ET AL. v. NORTON ET AL. Sup. Ct. Pa. Motion of Associated Press et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.